IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LARRY WALKER                                                                    PLAINTIFF

v.                              No. 3:21-cv-62-DPM

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and
REMINGTON ARMS COMPANY, INC.                               DEFENDANTS

## ORDER

Stipulation of dismissal, *Doc. 3*, noted. I was considering recusal because of my former representation of Remington and related companies in the products litigation that resulted from the Westside School shootings. But the stipulation moots this concern. If Remington returns to this case, I will revisit the matter. Walker's claims against Remington Arms Company, Inc. are dismissed without prejudice. FED. R. CIV. P. 41(a)(1)(A)(i).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 April 2021