IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LARRY WALKER                                                    PLAINTIFF

v.                          No. 3:21-cv-62-DPM

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and
REMINGTON ARMS COMPANY, INC.                    DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 30 August 2021 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 July 2021